IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 11175 |
| AMERICAN PIPE LINERS, INC., a dissolved Illinois corporation, | ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on March 20, 2017, request this Court enter judgment against Defendant, AMERICAN PIPE LINERS, INC., a dissolved Illinois corporation. In support of that Motion, Plaintiffs state:

1. On March 20, 2017, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records for the period October 1, 2012 forward. The Court ordered the audit to be completed by April 10, 2017. The Court also entered an order that judgment would be entered after the completion of the audit.

2. On August 8, 2017, Plaintiffs' auditors conducted the audit. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $313,412.35. (See Affidavit of Jeanne Raabe).

3. The amount of $31,341.24 is due for liquidated damages for the audit period October 1, 2012 through December 31, 2014. (Raabe Aff. Par. 7).

4. Additionally, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of November 2012 through March 2013, January 2014, February 2014, April 2014 and May 2014, in the total amount of $1,659.39 (Raabe Aff. Par. 8).

5. Plaintiffs' auditing firm of Romolo & Associates charged Plaintiffs $2,500.00 to perform the audit examination and complete the report (Raabe Aff. Par. 6).

6. In addition, Plaintiffs' firm has expended the amount of $1,155.00 in costs and $4,770.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $354,837.98.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $354,837.98.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
Email: cscanlon@baumsigman.com

I:\CLJ\American Pipe Liners\2016\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>28th</u> day of <u>March 2018</u>:

       Mr. Tracey W. Kennedy, President
       American Pipe Liners, Inc.
       610 Garfield Avenue
       Lake Bluff, IL   60044

       /s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
Email: cscanlon@baumsigman.com

I:\CLJ\American Pipe Liners\2016\motion-judgment.cms.df.wpd